IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EX REL ERIC GERMAN : CIVIL ACTION
[JD2741] :
:
:
v. :
:
:
LOUIS FOLINO, et al. : NO. 12-5181

## ORDER

AND NOW, this 22nd day of May, 2013, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED AS TIME-BARRED** under 28 U.S.C. §2244(d)91).

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

MICHAEL M. BAYLSON, J.